**RECEIVED**
CHARLOTTE, N.C.

JUN 1 3 2005

Clerk, U.S. Dist. Court
W. Dist. of N.C.

**FILED**
CHARLOTTE, N. C.

JUN 1 6 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:05CR240-Mu |
| ) | |
| v. ) | ORDER UNSEALING |
| ) | INDICTMENT |
| **DANIEL DEDRICK** ) | |
| **JOHN WESLEY RASMUSSEN, II** ) | |
| **D&C's ASSAULT TECHNOLOGIES,** ) | |
| **INC.** ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Indictment in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Indictment in the above-captioned case be unsealed.

This the 15th day of June, 2005.

_Carl Horn, III_
UNITED STATES MAGISTRATE JUDGE

