UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **DOCKET NO. 3:05CR240** |
| | ) | |
| vs. | ) | <u>**ORDER FOR RECUSAL**</u> |
| | ) | |
| **DANIEL DEDRICK (1)** | ) | |
| **JOHN WESLEY RASMUSSEN, II (2)** | ) | |
| **D&C'S ASSAULT TECHNOLOGIES (3)** | ) | |

**THIS MATTER** is before the court on its own motion, due to, a conflict is being reassigned to Judge Voorhees and to be placed on his Charlotte, November 27, 2006 term to begin at 1:15 PM, and excluding the period of delay between October 23, 2006 and November 27, 2006.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office, U.S. Marshall Service and the United States Attorney's Office.

**IT IS SO ORDERED.**

Signed: October 10, 2006

Frank D. Whitney
United States District Judge